**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**333 CONSTITUTION AVE, NW**

**WASHINGTON DC 20007**

**AND**

**FROM USCA-DCC 16-5120-op**

**USCA FOR ARMED FORCES 16-412/AR**

Case: 1:16–cv–01426
Assigned To : Jackson, Ketanji Brown
Assign. Date : 7/7/2016
Description: Pro Se Gen. Civil (F Deck)

**HAROLD WILLIAM VAN ALLEN, AND**

**AKA NATURAL BORN CITIZEN PARTY, NATIONAL COMMITTEE, ET AL**

**PO BOX 312 / 351 NORTH ROAD HURLEY NY 12443**

**8453894366 PHONE 8453311925 FAX**

HVANALLEN@HVC.RR.COM

**V**

**US REPRESENTATIVE NY-19 CHRISTOPHER PATRICK "Chris" GIBSON, COL. USA (RET) IN HIS OFFICIAL CAPACITIES AS BOTH US CONGRESSIONAL REPRESENTATIVE AND RETIRED SENIOR MILITARY OFFICER USA, et al.**

**US Congress 1708 Longworth HOB, Washington DC 20515**

**RELATED ACTIVE CASE AND JURISDICTION include USCA-DCC 16-5120 et al**

**QUO WARRANTO(s)**

**versus**

**CINC-POTUS – BH Obama,**

**US Attorney General -- L Lynch,**

**Director, Federal Bureau of Investigation -- J  Comey**



RECEIVED
Mail Room

JUL – 7 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Certification of service July 5, 2016** _____

Case Selection Page

| Case Number Title | Opening Date | Party | Last Docket Entry | Originating Case Number Origin |
|---|---|---|---|---|
| 12-5414<br>Christopher Strunk v. Department of State, et al | 12/28/2012 | Harold W. Van Allen | 07/09/2014 10:08:00 | 0090-1 : 1:08-cv-02234-RJL<br>United States District Court for the District of Columbia |
| 13-5059<br>In re: Harold Van Allen | 02/19/2013 | Harold W. Van Allen | 07/23/2014 11:16:24 | 0090-1 : 1:12-cv-01538-ESH<br>United States District Court for the District of Columbia |
| 13-5160<br>Harold Van Allen v. Department of Veterans Affairs, et al | 05/31/2013 | Harold W. Van Allen | 11/19/2014 16:02:02 | 0090-1 : 1:12-cv-01538-ESH<br>United States District Court for the District of Columbia |
| 14-5191<br>In re: Harold Van Allen | 07/28/2014 | Harold W. Van Allen | 12/03/2014 12:00:09 | 0090-1 : 1:14-cv-0995-RJL<br>United States District Court for the District of Columbia |
| 14-5325<br>Joseph Arpaio v. Barack Obama, et al | 12/29/2014 | Harold W. Van Allen | 02/29/2016 19:04:43 | 0090-1 : 1:14-cv-01966-BAH<br>United States District Court for the District of Columbia |
| 14-5327<br>Christopher Strunk, et al v. DOS, et al | 12/29/2014 | Harold W. Van Allen | 12/28/2015 09:33:51 | 0090-1 : 1:14-cv-00995-RJL<br>United States District Court for the District of Columbia |
| 15-5218<br>Natural Born Citizen Party, et al v. FEC, et al | 07/31/2015 | Harold W. Van Allen | 05/05/2016 07:40:55 | 0090-1 : 1:15-cv-01036-RJL<br>United States District Court for the District of Columbia |
| 15-5251<br>In re: Natural Born Citizen, et al | 09/09/2015 | Harold W. Van Allen | 04/21/2016 16:37:11 | 0090-1 : 1:15-cv-01036-RJL<br>United States District Court for the District of Columbia |
| 16-5120<br>In re: Natural Born Citizen Party, et al | 05/02/2016 | Harold W. Van Allen | 05/31/2016 15:11:15 | United States District Court for the District of Columbia |

**Note:**

* Click on Case No. to get Case Summary
* Click on Short Title to get Case Query
* Click on Originating Case No. to get Case Summary for Originating Case

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| DC Circuit (USCA) - 06/22/2016 11:48:16 | | | |
| **PACER Login:** | ps1136:2767983:0 | **Client Code:** | |
| **Description:** | Case Selection Table | **Search Criteria:** | Name: Van allen (pty) |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## PETITIONERS

**Christopher Earl Strunk** in esse Sui juris, in propria persona
c/o 315 Flatbush Avenue - PMB 102
Brooklyn, New York Zip code excepted [11217]
Ph: 718-414-3760; Email: suretynomore@gmail.com

**Christopher Blaise Garvey** in esse, in propria persona
16 Nicoll Avenue
Amityville, New York 11701
Ph: 631-598-0752; Email: chrisgarveyl@verizon.net

**Harold William Van Allen** in esse, in propria persona
351 North Road
Hurley New York 12443
Ph: 845-389-4366; Email: hvanallen@hvc.rr.com

## PARTIES IN INTEREST

Roger J. Bernstein, Esq.
535 Fifth Avenue, 35th Floor
New York, New York 10017

Brian L. Quail, Esq. and Kimberly Galvin, Esq.
for New York State Board of Elections
40 North Pearl Street, 5th Floor
Albany, New York 12207

Grant M. Lally, Esq.
Lally & Misir, LLP
for Ted Cruz
220 Old Country Road
Mineola, New York 11501

Marco Rubio
P.O. Box 558701
Miami Florida 33255 8701

i

JINDAL FOR PRESIDENT
P.O.BOX 5101
BATON ROUGE, LA 70821-5101

Barack Hussein  Obama II
President of the United States'
The White House
1600 Pennsylvania Avenue N.W.
Washington DC 20500

THE REPUBLICAN NATIONAL COMMITTEE
310 First Street SE
Washington DC 20003
202-863-8600

DONALD J. TRUMP FOR PRESIDENT
725 FIFTH AVENUE
NEW YORK, New York   10022

Organization of American States Commission
17th Street and Constitution Ave., NW
Washington, D.C., 20006-4499
United States of America
Main Telephone: 1 (202) 370 5000

Permanent Court of Arbitration
International Bureau
Peace Palace
Carnegieplein 2
2517 KJ  The Hague
Tel: 0031-(0)70-3024165
Fax: 0031-(0)70-3024167 Email: bureau@pca-cpa.org

# 16- 0413-OP

# UNITED STATES COURT OF APPEALS
# FOR THE ARMED FORCES

In re: Christopher Earl Strunk, Christopher Blaise Garvey,

and Harold William Van Allen,

Petitioners.

**NOTICE UNDER FRAP 35 TO RECONSIDER EN BANC FOR A MORE DEFINITE DECISION TO DISMISS INCLUDING THE ALTERNATIVE TO TRANSFER THE PETITION TO THE CO-EQUAL SUPREME COURT OF THE UNITED STATES ON NON MILITARY MATTERS**

PETITION WITH 28 USC §1651 FOR WRIT OF MANDAMUS AND INJUNCTION EQUITY RELIEF IN THE MATTER OF THE NEW YORK REPUBLICAN PARTY POTUS PRIMARY ON APRIL 19, 2016 AND NATIONAL GENERAL ELECTION ON NOVEMBER 8, 2016; PURSUANT TO THE NATIONAL EMERGENCY MANDATE BY THE DE-FACTO COMMANDER-IN-CHIEF, BARACK HUSSEIN OBAMA II, UNDER THE: HAGUE CONVENTION, UNIFORM CODE OF MILITARY JUSTICE, INTERNATIONAL COVENANT OF CIVIL AND POLITICAL RIGHTS, AND CONSTITUTION OF THE UNITED STATES OF AMERICA.

**Christopher Earl Strunk** in esse Sui juris,
in propria persona Petitioner Movant
c/o 315 Flatbush Avenue - PMB 102
Brooklyn, New York Zip code excepted [11217]
Ph: 718-414-3760; Email: suretynomore@gmail.com

# TABLE OF CONTENTS

|  | Page |
|---|---|
| **NOTICE TO RECONSIDER  EN BANC** | **1** |
| **Introduction** | **1** |
| **Petition Relief Sought** | **8** |
| **Facts in Support of Motion for Reconsideration En Banc** | **11** |
| **Conclusion** | **14** |

**Federal Rules of Appellate Procedure (FRAP)**

Rule 35

**Statutes**

28 USC §1651

28 USC §2201

10 U.S. Code § 932 - Art. 132. Frauds against the United States

10 U.S. Code § 907 - Art. 107. False official statements

10 U.S. Code § 881 - Art. 81. Conspiracy

10 U.S. Code § 878 - Art. 78. Accessory after the fact

10 U.S. Code § 877 - Art. 77. Principals

12 USC 95(a): 50 USC App. 5(b) still a National Emergency of Executive Order 2039 and 2040 by authorization of Congress by 12 USC 95(b)

*The Emergency Powers Act* of Sept. 14, 1976 PL 94-412 90 Stat. 1255, expressly retained 12 USC §95(a) with 50 USC Appendix §5(b)

*The International Emergency Economic Powers Act* (IEEPA) (50 U.S.C. 1701-1707), EBRA remains the law of the land over banking and commerce internationally cited by the Congressional Research Service Report to Congress 98-505 "*National Emergency Powers*" update September 18, 2001.

**US Constitution**

U.S. Constitution Article 2 Section 1 Clause 5 (A2S1C5)

U.S. Constitution Article 1 Section 8 Clause 10

## Cases

*The Schooner Exchange v. McFaddon* 11 U.S. 116 (1812) ..............................9

*Scott v. Sanford*, 60 U.S. 393

*Minor v.Happersett*, 88 U.S. (21 Wall.) 162 (1875)

*U.S. v. Wong Kim Ark*, 169 U.S. 649 (1898)

*Rogers v. Bellei*, 401 U.S. 815 (1971)

*Michigan v. Long*, 463 U.S. 1032

*Fox Film Corp. v. Muller*, 296 U.S. 207, 210 (1935)

*Staub v. City of Baxley*, 355 U.S. 313, 319-20 (1958), or (2) impose an undue burden on the ability of litigants to protect their federal rights, *see, e.g., Felder v. Casey*, 487 U.S. 131, 138 (1988)

## Treaties

*Laws of War: Laws and Customs of War on Land* (Hague IV) of October 18, 1907, especially Section III Military Authority Over the Territory of the Hostile State Articles 42 through 56

*International Covenant of Civil And Political Rights* (ICCPR) especially Articles 2 and 25

## Other Sources

*The Law of Nations*, by Emer de Vattel (b. 25 April 1714 - d. 28 December 1767) was published in 1758

Original Draft of the Declaration of Independence

PETITION and APPENDIX annexed with pages APX - 001 through APX - 434

**Exhibit 1:** Docketing 16--0413 and Order to Dismiss ........................................1
**Exhibit 2:** Korman v NYS BOE etal. Appeal 2016-00374 Order to uphold.........11
**Exhibit 3:** Article "...Ted Cruz "PROBABLY AN UNDOCUMENTED ALIEN".......12
**Exhibit 4:** Article "On the Victory of Dr. Seselj against the Word:..."...............12

**NOTICE UNDER FRAP 35 TO RECONSIDER EN BANC FOR A MORE
DEFINITE DECISION TO DISMISS INCLUDING THE ALTERNATIVE
TO TRANSFER THE PETITION TO THE CO-EQUAL SUPREME COURT
OF THE UNITED STATES ON NON MILITARY MATTERS**

**PLEASE TAKE NOTICE** That the honorable judges of this Court: Charles E.
"Chip" Erdmann (Chief Judge.); Scott W. Stucky; Margaret A. Ryan; Kevin A.
Ohlson; William H. Darden; Walter T. Cox III; Eugene R. Sullivan; Susan J.
Crawford; H.F. "Sparky" Gierke; Andrew S. Effron; James E. Baker, are petitioned
with FRAP 35 to reconsider *en banc* the sua sponte Order to dismiss done without
attribution and without clarification of the decision (see **Exhibit 1**) at least requires
under 18 USC §2382 an order alternative with the Petition transfer to the co-equal
Supreme Court of the United States (SCOTUS) on non military matters.

## INTRODUCTION

That the Undersigned Petitioner, Christopher Earl Strunk in esse Sui juris, a
member of the "pre-1933" Private National Citizen of the United States of America
posterity political class, is the beneficiary agent and attorney-in-fact *in propria
persona* (Strunk) for the registered Public US Citizen "CHRISTOPHER E.
STRUNK" (STRUNK) having exhausted remedies below with time as the essence
with imminent irreparable harm based upon the fraud and conspiracy damage to
individual fundamental personal rights and as the ONLY opportunity for active
service members to choose their commander-in-chief who must be constitutionally

1

eligible; and therefore, gives notice under Federal Rules for this Court en banc to reconsider the 24 March 2016 sua sponte Order issued by the Clerk that adds further infringement and insult despite the letter of the law under the National Emergencies or during a time of war, is in error without any:  (1)  *attribution* and (2) *decision explaining the dismissal* of Petitioners' application for equity relief with use of 28 USC §1651 for Writ of Mandamus and Injunction Equity relief submitted in the matter of the New York Republican Party Primary for Office of President of the United States (POTUS) on April 19, 2016  (see **APX - 093**), and as applies at the National General Election on November 8, 2016 with the New York State Board of Elections actual fraudulent invention of the term "Born a Citizen" versus the express term of art "*natural born Citizen*" (NBC) for candidate eligibility contradicts the U.S. Constitution Article 2 Section 1 Clause 5,  quote:

> "No Person except a natural born Citizen. or a Citizen of the United States, at the time of the Adoption of this Constitution shall be eligible to the Office of  President; neither shall any Person be eligible to that Office who shall not have attained to the age of thirty five Years, and has been fourteen Years a Resident within the United States."

That this Petition, 16-0413, was filed pursuant to pre-existing and current National Emergency Mandates (see **APX - 280**) by the resident De-Facto Commander-In-Chief, Barack Hussein Obama II, under:  *The Emergency Banking Relief Act* of 9 March 1933 (48 Stat. 1) (EBRA) that brought inland juris*diction of The Trading with the Enemy Act* of October 6, 1917, CH. 106, 40 STAT. 411

(TWEA) by operation of Executive Orders: 2039 [1] of 6 March 1933 and 2040 [2] of 9 March 1933, e.g. 12 USC §95(a): 50 USC App. §5(b), still a National Emergency of the Executive by perpetual authorization of Congress with 12 USC §95(b)[3]; and that with four other Emergencies (see **APX- 298**) are still in effect [4],

---

[1]   Executive Order 2039 created the perpetual private trusts on March 6, 1933 mandated :
"...the Secretary of the Treasury. with the approval of the President and under such regulations as he may prescribe. is authorized and empowered (a) to permit any or· all of such banking institutions to perform any or all of the usual banking functions, (b) to direct, require or-permit the issuance of clearing house certificates or other evidences of claims against assets of banking institutions , and {c) to authorize and direct the creation in such banking institutions of *special trust accounts* for the receipt of new deposits which shall be subject to withdrawal on demand without any restriction or limitation and *shall be kept separately in cash or on deposit in Federal Reserve Banks or invested-in obligations of the United States.*" (emphasis added by Petitioners)

[2]   Executive Order 2040 created the perpetual temporary Military Government on March 9, 1933 mandated : "...in view of such continuing national emergency and by virtue of the authority vested in me by Section 5 (b) of the Act of October 6 , 1917 (40 Stat. L 411), as amended by the act of March 9, 1933, do hereby proclaim, order, direct and declare that all the terms and provisions of said Proclamation of March 6, 1933, and the regulations and orders issued there under *are hereby continued in full force and effect until further proclamation by the President*..." (emphasis added by Petitioners)

[3]   That 12 USC §95(a): 50 USC App. §5(b) with Executive Orders 2039 and 2040  as the law of the land approved by  Congress under 12 USC §95(b) and as for all current and related "...*actions, regulations, rules, licenses, orders and proclamations heretofore or hereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury since March 4. 1933, pursuant to the authority conferred by section 95a of this title, are approved and confirmed.*" (emphasis added by Petitioners)

[4]   See **APX - 296,** quote: The purpose *of* the TWEA was to "define, regulate and punish trading with the enemy." Section 5(b) of the original act gave the President power to regulate or prohibit transactions in foreign exchange and currency, and transfers of credit or property with any foreign country or the resident of any foreign country during war. This section has been amended four times. In 1933 Section 5(b) was amended to provide that its authorities could be used in time of a national emergency declared by the President;6 previously, the grants of power could be used only during wartime. President Roosevelt cited the emergency authority of 5(b) to declare a bank holiday during the depression. *The national emergency declared by Roosevelt is still in effect today.* (emphasis added by Petitioners)

WE are according to the US Senate Report 93-549 as to the temporary military government under a continual national emergency occupation, stated:

> "Since March 9, 1933, the United States has been in a state of declared national emergency. In fact, there are now in effect four presidentially proclaimed states of national emergency: In addition to the national emergency declared by President Roosevelt in 1933, there are also the national emergency proclaimed by President Truman on December 16, 1950, during the Korean conflict, and the states of national emergency declared buy President Nixon on March 23, 1970 and August 15, 1971;

> "These proclamations give force to 470 provisions of Federal law. These hundreds of statutes delegate to the President extraordinary powers, ordinarily exercised by the Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast .range of powers, taken together,. confer enough authority to rule the country without reference to normal Constitutional process"

> "Under the powers delegated by these statutes, the - President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and, in a plethora of particular ways, control the lives of all American citizens..."

and when combined with *The Emergency Powers Act* of Sept. 14, 1976 PL 94-412 (90 Stat. 1255) that expressly retained 12 USC §95(a) with 50 USC Appendix §5(b) at Section 502(a)(1) (see **APX - 286**), with *The International Emergency Economic Powers Act* (IEEPA) (50 U.S.C. 1701-1707) enacted on December 28, 1977 requires the repeal of 12 USC § 95(a) amended 50 USC App. §5(b) as to any new emergency proclamations unless specified  (see **APX - 292**); as both enactments ensure that the EBRA remains the law of the land over banking and international commerce cited by Maryland Journal of International

4

Law Vol. 3 Issue 2 Article 11 "*Amendments to the Trading With the Enemy Act*" (see **APX - 296**), and Congressional Research Service Report to Congress 98-505 "*National Emergency Powers*" update September 18, 2001 (see **APX - 300**); and thereby maintains and further triggers the emergency occupation of the territories of the United States of America with use of the *Laws of War: Laws and Customs of War on Land (Hague IV)* of October 18, 1907, *Section III Military Authority Over the Territory of the Hostile State Articles 42 thru 56* (see **APX - 420**); and this serves as Petitioners' complaint that invokes the *Uniform  Code of Military Justice* for:  10 U.S. Code § 932 - Art. 132. Frauds against the United States [5];

---

[5]  10 U.S. Code § 932 - Art. 132. Frauds against the United States
Any person subject to this chapter—
    (1)who, knowing it to be false or fraudulent—
        (A) makes any claim against the United States or any officer thereof; or
        (B) presents to any person in the civil or military service thereof, for approval or payment, any claim against the United States or any officer thereof;
    (2) who, for the purpose of obtaining the approval, allowance, or payment of any claim against the United States or any officer thereof—
        (A) makes or uses any writing or other paper knowing it to contain any false or fraudulent statements; (B) makes any oath to any fact or to any writing or other paper knowing the oath to be false; or (C) forges or counterfeits any signature upon any writing or other paper, or uses any such signature knowing it to be forged or counterfeited;
    (3) who, having charge, possession, custody or control of any money, or other property of the United States, furnished or intended for the armed forces thereof, knowingly delivers to any person having authority to receive it, any amount thereof less than that for which he receives a certificate or receipt; or
    (4) who, being authorized to make or deliver any paper certifying the receipt of any property of the United States furnished or intended for the armed forces thereof, makes or delivers to any person such writing without having full knowledge of the truth of the statements therein contained and with intent to defraud the United States; shall, upon conviction, be punished as a court-martial may direct. (Aug. 10, 1956, ch. 1041, 70A Stat. 75.)

10 U.S. Code § 907 - Art. 107. False official statements [6]; 10 U.S. Code § 881 - Art. 81. Conspiracy [7]; 10 U.S. Code § 878 - Art. 78. Accessory after the fact [8]; 10 U.S. Code § 877 - Art. 77. Principals [9]; and related law, includes as notice under the *International Covenant of Civil And Political Rights* (ICCPR) especially Articles 2 and 25 [10], and based upon the use of the Constitution of the

---

[6] 10 U.S. Code § 907 - Art. 107. False official statements-. Any person subject to this chapter who, with intent to deceive, signs any false record, return, regulation, order, or other official document, knowing it to be false, or makes any other false official statement knowing it to be false, shall be punished as a court-martial may direct  (Aug. 10, 1956, ch. 1041, 70A Stat. 71.)

[7]  10 U.S. Code § 881 - Art. 81. Conspiracy.  (a) Any person subject to this chapter who conspires with any other person to commit an offense under this chapter shall, if one or more of the conspirators does an act to effect the object of the conspiracy, be punished as a court-martial may direct. (b) Any person subject to this chapter who conspires with any other person to commit an offense under the law of war, and who knowingly does an overt act to effect the object of the conspiracy, shall be punished, if death results to one or more of the victims, by death or such other punishment as a court-martial or military commission may direct, and, if death does not result to any of the victims, by such punishment, other than death, as a court-martial or military commission may direct.(Aug. 10, 1956, ch. 1041, 70A Stat. 66; Pub. L. 109–366, § 4(b), Oct. 17, 2006, 120 Stat. 2631.)

[8]  10 U.S. Code § 878 - Art. 78. Accessory after the fact

Any person subject to this chapter who, knowing that an offense punishable by this chapter has been committed, receives, comforts, or assists the offender in order to hinder or prevent his apprehension, trial, or punishment shall be punished as a court-martial may direct.

(Aug. 10, 1956, ch. 1041, 70A Stat. 65.)

[9]  10 U.S. Code § 877 - Art. 77. Principals - Any person punishable under this chapter who—
(1) commits an offense punishable by this chapter, or aids, abets, counsels, commands, or procures its commission; or  (2) causes an act to be done which if directly performed by him would be punishable by this chapter; is a principal. (Aug. 10, 1956, ch. 1041, 70A Stat. 65.)

[10]  ICCPR  PART II  *Article 2:*
1. Each State Party to the present Covenant undertakes to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.
2. Where not already provided for by existing legislative or other measures, each State Party to the present Covenant undertakes to take the necessary steps, in accordance with its constitutional processes and with the provisions of the present Covenant, to adopt such laws or other measures as may be necessary to give effect to the rights recognized in the present Covenant.

6

United States of America with the Article 1 Section 8 Clause 10 [11] express terms

for use of the construction interpretation with *the polar star* and *Four-corners*

*Rules* [12] using definitions of _The Law of Nations_, by Emer de Vattel (b. 25 April

---

3. Each State Party to the present Covenant undertakes:
    (a) To ensure that any person whose rights or freedoms as herein recognized are violated shall have an effective remedy, notwithstanding that the violation has been committed by persons acting in an official capacity;
    (b) To ensure that any person claiming such a remedy shall have his right thereto determined by competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy;
    (c) To ensure that the competent authorities shall enforce such remedies when granted.
*Article 25*
Every citizen shall have the right and the opportunity, without any of the distinctions mentioned in article 2 and without unreasonable restrictions:
    (a) To take part in the conduct of public affairs, directly or through freely chosen representatives;
    (b) To vote and to be elected at genuine periodic elections which shall be by universal and equal suffrage and shall be held by secret ballot, guaranteeing the free expression of the will of the electors;
    (c) To have access, on general terms of equality, to public service in his country.
see http://www.ohchr.org/EN/ProfessionalInterest/Pages/CCPR.aspx 2/12

[11]  U.S. Constitution Article 1 Section 8 Clause 10: "To *define* and *punish* *Piracies* and Felonies committed on the high *Seas*, and *Offences* against *the Law of Nations*." (emphasis by Petitioners)

[12]  *Four Corners Rule* requires to interpret the meaning and understanding of the provisions contained in a document by considering the overall meaning and intention of that document, and that in such an interpretation of document, the external factors will not influence the meaning. But the meaning of a sentence or clause is influenced by the document as a whole that under "four corners rule", intention of parties, especially that ofgrantor, is to be gathered from instrument as a whole and not from isolated parts thereof. *Davis v. Andrews*,Tex.Civ.App., 361 S .W.2d 419, 423 and construction per se for interpretation of statute, regulation, court decision or other legal authority is the process, or the art, of determining the sense, real meaning, or proper explanation of obscure, complex or ambiguous terms or provisions in a statute, written... ...
  *Black's law dictionary;* and whereas, pursuant to the polar star rule — is the principle that a written document which is ambiguous is to be construed according to the intent of the maker, grantor, or devisor as gathered from the four corners of the instrument. *Hanks v McDanell*, 307 Ky 243, 210 SW2d 784, 17 ALR2d 1 ... *Ballentine's law dictionary*

1714 - d. 28 December 1767) was published in 1758 [13], and we include the

*Original Table of Contents* and Sections that apply (**APX - 328** thru **APX - 405**);

and Dr. Benjamin Franklin on December 9th of 1775 wrote in French  to Vattel's

editor, C.G.F. Dumas, by translation stated:

> " I am much obliged by the kind present you have made us of your edition of
> Vattel. It came to us in good season, when the circumstances of a rising state
> make it necessary frequently to consult the law of nations. Accordingly, that
> copy which I kept has been continually in the hands of the members of our
> congress, now sitting, who are much pleased with your notes and preface,
> and   have   entertained   a   high   and   just   esteem   for   their
> author." http://founders.archives.gov/documents/Franklin/01-22-02-0172

## PETITION RELIEF SOUGHT:

**A.** Declaratory Judgment:

 (1) on the jurisdictional status of the State's Court in  regards to the continuing

National Emergency and obligation to enforce the letter and intent of the U.S.

Constitution especially A2S1C5 eligibility mandates;

(2) that during a national emergency all public officers of all branches of State

and Local Government / territory(s) including the Federal and State courts are a

defacto martial bodies by operation of law are under the POTUS Commander-

---

[13] Emer de Vattel (b. 25 April 1714 -  d. 28 December 1767) was a Swiss philosopher, diplomat,
and legal expert whose theories laid the foundation of modern international law and political
philosophy. He was born in Couvet in Neuchatel, Switzerland in 1714 and died in 1767 of
edema. He was largely influenced in his philosophy by Gottfried Leibniz and Christian Wolff
and strove to integrate their ideas into the legal and political system. He is most famous for his
1758 work *Le Droit des gens; OU, Principes de Ia loi naturelle appliques a Ia conduite et aux
affaires des nations et des souverains* (in English, *The Law of Nations or the Principles of
Natural Law Applied to the Conduct and to the Affairs of Nations and of Sovereigns).*

in-chief until the emergency(s) are terminated, and only at which time become dejure civil bodies;

(3) the Framers of the Declaration of Independence and U.S. Constitution used *The Law of Nations* in its framing and proper use as an International declaration as consistently used by Justice John Marshall, i.e. *The Schooner Exchange v. McFaddon* 11 U.S. 116 (1812) applies herein should be revisited;

(4) the Framers used "The Law of Nations" in US Constitution Article 1 Section 8 Clause 10 with intent to use the internationally unanimously accepted Publication to be the basis for use in defining terms within the construction of the Constitution that are within *the polar star* and *four corners rule*;

(5) that "*natural born Citizen*" means a person born in the United States of U.S. Citizen parents, and the term is not the same as a statutory  naturalized citizen that would include "born a Citizen";

(6) that during a continuing National Emergency the Hague Convention *Section III Military Authority Over the Territory of the Hostile State Articles 42 through 56* apply, and that the NYS BOE failed to adhere to the requirement not to arbitrarily and capriciously change any law;

(7) that as the law of the land notwithstanding a National Emergency the ICCPR Articles 2 and 25 apply and that the NYS BOE failed to adhere to the requirement not to arbitrarily and capriciously change any law;

9

(8) that based upon the evidence and facts Petitioners as a result of the actual fraud perpetrated by the NYS BOE and its agents were denied their 1st thru 14th Amendment rights to be protected by the State and Federal authorities;

B. Mandamus of the NYS Board of Elections to use "natural born Citizen" in its instruction for running for Office of POTUS not the term "Born a Citizen";

C. Mandamus of the NYS Supreme Court Appellate Division for the 2nd JD to expedite its hearing of the Appeal 14-10459 in *Strunk v Paterson Etal* to proceed in its review using the finding that the NYS BOE has wrongly used "Born a Citizen" and is mandated to use "natural born Citizen".

D. Mandamus of the NYS BOE to strike Ted Cruz, Marco Rubio, Bobby Jindal, and or any other person from the party and or General Election Ballot who is not eligible for the Office of POTUS who is not a "*natural born Citizen*" as defined by *the Law of Nations* who must be born in the United States of US Citizen parents.

E. That the NYS BOE is ordered to expedite the Absentee Military Ballot for the Party Primaries and General Election without ineligible POTUS Candidates.

F. That based upon the foregoing findings the Respondents and De-facto Commander-in-chief with a foreign alien student father is not a *natural born Citizen*, and as such actions heretofore had by Barack Hussein Obama II Etal are to be referred to the US Army Provost General for investigation under the UCMJ.

**Facts in Support of Motion for Reconsideration En Banc**

1.   That Strunk has discussed the intention to file this motion  with his fellow Petitioners and each has been served accordingly with the content of this notice.

2.   That Strunk on 18 March 2016 traveled to Washington DC  to file the Original and five copies of the Petition with the Clerk of the USCA for the Armed Forces located at 450 "E" Street NW; and

3.   That the Clerk there accepted the application stamped my own copy and told me that the Judge(s) assigned will be given the Petition for review; and

4.   However, the Clerk told Strunk to send an additional two copies, and  that were thereafter Mr. Van Allen sent them for delivery on Tuesday; and

5.   On 22 March 2016, Mr. Van Allen called the Clerk to confirm delivery of the two copies and was told that the two were sent to the Pentagon for review.

6.   On Wednesday 23 March 2016, there was an expedited oral argument hearing of the appeal of the Petitioners in *Korman and Gallo v NYS BOE and Ted Cruz* from the Order shown at APX -001, and to no avail the Appellate panel on a statutory technicality denied relief from the Order below and issued its decision and order (see **Exhibit 2**); and NYS Appeals Court review is not contemplated.

7.   That time is of the essence with the 25 March 2016 deadline being reached for any request for an absentee ballot, and that ballots, pending printing, are to be mailed before the 19 April 2016 Primary, and that there is an immediate need to

expedite this motion for the relief sought above and or now to include transfer of the Petition to the co-equal SCOTUS on non-military matters.

8.    On the 25 March 2016 the Clerk notified Petitioners by Email of the sua sponte Order to Docket and dismiss shown as Exhibit 1;

9.    That on 27 March 2016, the Post and Email published an interview entitled *NALC Lead Attorney: Documents Obtained From Canada on Ted Cruz "PROBABLY AN UNDOCUMENTED ALIEN"* (see **Exhibit 3**) with Attorney Stephen Pidgeon of the North American Law Center (NALC) who had published the Proposed *Bill of Impeachment* of the Commander-in-chief shown at APX -422;

10.    Further, would be fruitless and moronic to expect any timely justice and relief for herein Petition from the so-called International Court of Justice in the Hague as setup by the United Nations, and such is sadly evidenced by the decade plus ordeal announced 31 March 2016 *:On the Victory of Dr. Seselj against the World: Disloyalty must be Punished and Restitution Provided* by  Dr. Jonathan Levy, member International Criminal Court Bar (see **Exhibit 4**).

11.    Further, it would be fruitless to expect any timely justice and or relief for herein Petition from the slightly better oxymoronic *Permanent Court of Arbitration* (PCA) as an international organization based in the Peace Palace, The Hague, the Netherlands; for it is not a court, does not have permanent judges, and should not be confused with the International Court of Justice, a separate institution also in the

Peace Palace. The PCA is a permanent bureaucracy that assists temporary tribunals to resolve disputes among states (and similar entities), intergovernmental organizations, or even private parties arising out of international agreements. The cases span a range of legal issues involving territorial and maritime boundaries, sovereignty, human rights, international investment, and international and regional trade and of which issues raised herein under the Hague Convention and International Covenant of Civil and Political Rights as apply.

12.   Furthermore, it would be academic to expect any effective justice from the Organization of American States Commission in Washington DC since the exploits of *Air America,* Iran-Contra and Reagan silenced their jurisdiction, and although instructive as a record on human rights violations reported to Congress, Executive and Judiciary, that culture is only motivated by wealth, sex, drugs and rock-n-roll.

13.   That no court has gone to the merits of the use of the term of art "natural-born Citizen" and as such the matter is ripe and must be heard in order to prevent social turmoil and anarchy that involve 18 USC 2381 through 18 USC 2389, and

14.   The self interest of this Court is to handle this Petition under Article 142 of the UCMJ that provides each judge "shall be appointed from civilian life." To underscore the civilian nature of the Court, the statute provides that a person may not be appointed as a judge of the Court within seven years after retirement from active duty as a commissioned officer of a regular component of an armed force.

13

15.   Further, Undersigned asks this Court state where else would the active duty service men and women seek to have a ballot reflect a constitutional choice for their own commander-in-chief  as their sole opportunity to speak out and uphold their constitutional oath than here?

16.   Furthermore, the honorable judges of this Court are hereby notified of their duty to investigate and act upon 18 U.S. Code § 2382 - Misprision of treason:

> Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both. (June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

## CONCLUSION

Based upon the foregoing and Petition with exhibits annexed, Strunk seeks the above referenced relief from this court as he has expended remedies below against the fraud and conspiracy, has damage to fundamental personal rights and vote property as a postliminy issue seeks recovery relief, and because time is of the essence with irreparable harm Petitioners are entitled to the above relief sought along with different and other relief the court deems necessary.

I have read the foregoing and that time is of the essence with irreparable harm; and know the contents thereof apply to me by misapplication and administration of laws and that the same is true to my own knowledge, except as to

14

the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

**Christopher Earl Strunk** in esse
Sui juris beneficiary agent  and private
National Citizen of the United States
All Rights Reserved Without Prejudice

**ACKNOWLEDGMENT:**

STATE OF NEW YORK   )
                                        ) SS.
COUNTY OF KINGS   )

**BEFORE ME,** on this day personally appeared Christopher Earl Strunk known to me to be the person described herein NOTICE TO RECONSIDER EN BANC FOR A MORE DEFINITE DECISION TO DISMISS INCLUDING THE ALTERNATIVE TO TRANSFER THE PETITION TO THE CO-EQUAL SUPREME COURT OF THE UNITED STATES ON NON MILITARY MATTERS and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ___31___ day of March, 2016

_____
Notary Public

LISA E. CHRISTMAS
Notary Public, State of New York
Registration #01CH6321238
Qualified in Kings County
Commission Expires March 16, 2019

cc: Christopher Blaise Garvey
    Harold William Van Allen
    Clerk of the Organization of American States Commission Washington DC
    Clerk of the Permanent Court of Arbitration The Hague Netherlands